**Electronically Filed**
**Supreme Court**
**SCWC-13-0005212**
**23-MAR-2016**
**08:01 AM**

SCWC-13-0005212

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellee,

vs.

CHARLY HERNANE, also known as CHARLIE HERNANE,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005212; CR. NO. 11-1-0699)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and Circuit
Judge Nacino, in place of Pollack, J., recused)

Petitioner/Plaintiff-Appellee State of Hawaii's

application for writ of certiorari filed on February 8, 2016, is

hereby rejected.

DATED: Honolulu, Hawai'i, March 23, 2016.

James M. Anderson
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Edwin C. Nacino

